ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
701 Market Street, Suite 1450
Saint Louis, Missouri  63101
Telephone:  (314) 241-2929
Facsimile:  (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

*Attorneys for Plaintiff,*
*TELECONFERENCE SYSTEMS, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | ) Case No.: 3:10-cv-5740-JSW |
| Plaintiff, | ) **JOINT STIPULATION AND [PROPOSED]** |
| vs. | ) **ORDER TO EXTEND CLAIM** |
| | ) **CONSTRUCTION DEADLINE PURSUANT** |
| AT&T CORP., et al. | ) **TO PAT. L.R. 4-2** |
| Defendants. | ) Hon. Jeffery S. White |

WHEREFORE Plaintiff Teleconference Systems, LLC files this Joint Stipulation to extend the deadline to exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 and in support thereof state as follows:

WHEREFORE, on January 18, 2011, this Court issued an order relating this matter to *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.* (Case No. 3:09-cv-1550-JSW) [Doc. 231].

WHEREFORE, on August 9, 2010, the Court issued an Order in the *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.* matter (Case No. 3:09-cv-1550-JSW) adopting the schedule for Patent Local Rules disclosures and claim construction briefing outlined by the parties in their Joint Case Management Statements in the California Actions [Doc. 201]. Also,

1.

on December 22, 2010, Judge Jeffery S. White issued an Order granting an extension of the claim construction deadlines [Doc. 228].

WHEREFORE Plaintiff's counsel requests an extension to consult with their clients regarding claim terms to be exchanged.

WHEREFORE Plaintiff requests and Defendants have consented to a one day extension of the exchange of proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 from March 14, 2011 to March 15, 2011.

WHEREFORE the requested extension does not affect any other deadlines scheduled in this matter.

NOW THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, the deadline to exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 be extended to March 15, 2011.

Dated: March 14, 2011           **THE SIMON LAW FIRM, P.C.**

By: /s/ Timothy E. Grochocinski
Timothy E. Grochocinski
teg@simonlawpc.com

Dated: March 14, 2011           **WEIL, GOTSHAL & MANGES, LLP**

By: /s/ Andrew Perito
Andrew Perito
Andrew.perito@weil.com

Dated: March 14, 2011           **BAKER BOTTS, LLP**

By: /s/ Kurt Pankratz
Kurt Pankratz
kurt.pankratz@bakerbotts.com

2.

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND CLAIM CONSTRUCTION
DEADLINE PURSUANT TO PAT. L.R. 4-2

Case No. 3:10-cv-5740-JSW

## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Timothy E. Grochocinski, attest that concurrence in the filing of this document has been obtained from the other signatory. In compliance with General Order 45, paragraph X.B., I hereby attest that Andrew Perito and Kurt Pankratz have concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 14, 2011.

By: __/s/Timothy E. Grochocinski__
Timothy E. Grochocinski

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the Court's CM/ECF system on March 14, 2011.

/s/ Timothy E. Grochocinski
Timothy E. Grochocinski

3.

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND CLAIM CONSTRUCTION
DEADLINE PURSUANT TO PAT. L.R. 4-2

Case No. 3:10-cv-5740-JSW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | Case No.: 3:10-cv-5740-JSW |
| Plaintiff, | **[PROPOSED]** ORDER |
| vs. | |
| AT&T CORP., et al. | Judge Jeffery S. White |
| Defendants. | |

Pursuant to the foregoing Joint Stipulation, and for good cause shown, IT IS SO ORDERED the deadline to exchange proposed constructions and extrinsic evidence pursuant to Pat. L.R. 4-2 be extended to March 15, 2011 is GRANTED.

Dated: March 15, 2011

_____
Jeffery S. White
U.S. District Judge

1.

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND CLAIM CONSTRUCTION
DEADLINE PURSUANT TO PAT. L.R. 4-2

Case No. 3:10-cv-5740-JSW