1  PARTIES LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | No. C 10-05740 JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE** |
| v. | |
| AT&T CORPORATION ET AL., | Hon. Jeffrey S. White |
| Defendants. | |

1        WHEREFORE, on January 24, 2011, the Court issued the Order Setting Case Management Conference [Doc. 69] for April 8, 2011.

2        WHEREFORE, based on the Order Setting Case Management Conference [Doc. 69] for April 8, 2011, parties are to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discuss the discovery plan by March 18, 2011.  Also, parties are to file either an ADR certification or a Stipulation to ADR Process or Notice of Need for ADR Phone Conference by March 18, 2011.

3        WHEREFORE, Plaintiff and Defendants hereby stipulate that the deadline to meet and confer and to notify the Court of the ADR process be extended from March 18, 2011 to March 25, 2011 so that the parties can complete their meet and confer on the ADR options and the discovery plan and accommodate counsel's and clients' travel.

4        WHEREFORE, the requested extension does not affect any other deadlines scheduled in this matter.

5        NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discuss the discovery plan and notify the Court of the ADR process selection be extended from March 18, 2011 to March 25, 2011.

Dated: March 18, 2011                    WEIL, GOTSHAL & MANGES LLP

By:    */s/ Azra M. Hadzimehmedovic*
MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
SONAL N. MEHTA (Bar No. 222086)
sonal.mehta@weil.com
ANDREW L. PERITO (Bar No. 269995)
andrew.perito@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

[PROPOSED] ORDER TO EXTEND ADR DEADLINE
2
CASE NO. C 10-05740 JSW

| | |
|---|---|
| | AZRA M. HADZIMEHMEDOVIC (Bar No. 239088) |
| | azra.hadzimehmedovic@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 1300 Eye Street, NW, Suite 900 |
| | Washington, DC 20005 |
| | Telephone: (202) 682-7000 |
| | Facsimile: (202) 857-0940 |
| | |
| | Attorneys for Defendant and Counterclaimant Frito-Lay North America, Inc. |

Dated: March 18, 2011         BAKER BOTTS LLP

By: */s/ Kurt Pankratz*
BRYANT C. BOREN, JR. (Bar No. 260602)
byrant.c.boren@bakerbotts.com
CHRISTOPHER KENNERLY (Bar No. 255932)
chris.kennerly@bakerbotts.com
KEVIN E. CADWELL (Bar No. 255794)
kevin.cadwell@bakerbotts.com
BAKER BOTTS L.L.P.
620 Hansen Way
Palo Alto, CA 94304
Telephone:  650.739.7500
Facsimile:  650.739.7699

KURT PANKRATZ (TX Bar No. 24013291)
kurt.pankratz@bakerbotts.com
BAKER BOTTS L.L.P.
2001 Ross Avenue, Suite 600
Dallas, TX 75201-2980
Telephone:  214.953.6584
Facsimile:  214.661.4584

Attorneys for Defendant and Counterclaimant AT&T Corp

Dated: March 18, 2011         THE SIMON LAW FIRM, P.C.

By:    */s/ Timothy E. Grochocinski*
Anthony G. Simon
Timothy E. Grochocinski
800 Market Street, Suite 1700
St. Louis, Missouri 63101
P. 314.241.2929
F. 314.241.2029
asimon@simonlawpc.com
teg@simonlawpc.com

Attorneys for Plaintiff Teleconference Systems, LLC

[PROPOSED] ORDER TO EXTEND ADR DEADLINE

3

CASE NO. C 10-05740 JSW

**FILER'S ATTESTATION**

I, Azra M. Hadzimehmedovic, am the ECF User whose ID and password is being used to file this joint stipulation.  In compliance with General Order 45, paragraph X.B., I hereby attest that Kurt Pankratz with Baker Botts LLP and Timothy E. Grochocinski with The Simon Law Firm, P.C. have concurred in this filing.

Dated:  March 18, 2011                WEIL, GOTSHAL & MANGES LLP

By:  */s/ Azra M. Hadzimehmedovic*
azra.hadzimehmedovic@weil.com

Attorneys for Defendant and Counterclaimant Frito-Lay North America, Inc.

[PROPOSED]   ORDER   TO   EXTEND   ADR DEADLINE

4

CASE NO. C 10-05740 JSW

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>AT&T CORPORATION ET AL.,<br><br>Defendants. | No. C 10-05740 JSW<br><br>**[PROPOSED] ORDER TO EXTEND ADR DEADLINE**<br><br>Hon. Jeffrey S. White |

Pursuant to the foregoing Joint Stipulation, and for good cause shown, IT IS SO ORDERED the deadline to meet and confer regarding initial disclosures, early settlement, ADR process selection, and discuss the discovery plan and notify the Court of the ADR process selection be extended from March 18, 2011 to March 25, 2011.

Dated: March 18, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE