ANTHONY G. SIMON, Mo. Bar No. 38745 (*pro hac vice*)
TIMOTHY E. GROCHOCINSKI, Mo. Bar No. 59607 (*pro hac vice*)
The Simon Law Firm, P.C.
800 Market Street, Suite 1700
Saint Louis, Missouri 63101
Telephone: (314) 241-2929
Facsimile: (314) 241-2029
asimon@simonlawpc.com
teg@simonlawpc.com

*Attorneys for Plaintiff,*
*TELECONFERENCE SYSTEMS, LLC*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC, | Case No.: 3:10-cv-5740-JSW |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND CLAIM CONSTRUCTION DEADLINES** |
| vs. | |
| AT&T CORP., et al. | Hon. Jeffrey S. White |
| Defendants. | |

WHEREFORE Plaintiff Teleconference Systems, LLC files this Joint Stipulation for Extension of Time to extend claim construction deadlines and in support thereof states as follows:

WHEREFORE, on August 9, 2010, the Court issued an Order in the *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.* matter (Case No. 3:09-cv-1550-JSW) adopting the schedule for Patent Local Rules disclosures and claim construction briefing outlined by the parties in that case in their Joint Case Management Statements in the California Actions [Case No. 3:09-cv-1550-JSW, Doc. 201]. Also, on December 22, 2010, Judge Jeffrey S. White issued an Order granting an extension of the claim construction deadlines [Case No. 3:09-cv-1550-JSW, Doc. 228].

1.

WHEREFORE, on January 18, 2011, this Court issued an order in this case relating this matter to *Cisco Systems, Inc. v. Teleconference Systems, LLC, et al.* (Case No. 3:09-cv-1550-JSW) [Doc. 68].

WHEREFORE, Plaintiff's counsel requests the aforementioned extensions due to being out of the office on family vacations.

WHEREFORE, the Plaintiff requests and Defendants have consented to a one week extension of the following deadlines as outlined in the chart below:

| Event | Current Date | Proposed Date |
|---|---|---|
| Conference regarding the terms to be construed by the Court | March 18, 2011 | March 25, 2011 |
| Filing of Joint Claim Construction Statement and Prehearing Statement pursuant to Pat. L.R. 4-3 | March 25, 2011 | April 1, 2011 |
| Exchange of expert reports on Claim Construction (if any) | March 25, 2011 | April 1, 2011 |

WHEREFORE the requested extension does not affect any other deadlines scheduled in this matter.

NOW THEREFORE IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that, subject to the Court's approval, the claim construction deadlines be extended as outlined in the chart above.

2.

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND CLAIM CONSTRUCTION
DEADLINES

Case No. 3:10-cv-5740-JSW

Dated: March 18, 2011                    **THE SIMON LAW FIRM, P.C.**
                                         By: /s/ Timothy E. Grochocinski
                                              Timothy E. Grochocinski
                                              teg@simonlawpc.com


Dated: March 18, 2011                    **WEIL, GOTSHAL & MANGES, LLP**
                                         By: /s/ Andrew Perito
                                              Andrew Perito
                                              Andrew.perito@weil.com


Dated: March 18, 2011                    **BAKER BOTTS, LLP**

                                         By: /s/ Kurt Pankratz
                                              Kurt Pankratz
                                              kurt.pankratz@bakerbotts.com


## ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Timothy E. Grochocinski, attest that concurrence in the filing of this document has been obtained from the other signatory. In compliance with General Order 45, paragraph X.B., I hereby attest that Andrew Perito and Kurt Pankratz have concurred in this filing.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 18, 2011.

                                         By:   /s/Timothy E. Grochocinski
                                               Timothy E. Grochocinski


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served on all parties of record via the Court's CM/ECF system on March 18, 2011.

                                         /s/ Timothy E. Grochocinski
                                         Timothy E. Grochocinski

3.

---

JOINT STIPULATION AND [PROPOSED]
ORDER TO EXTEND CLAIM CONSTRUCTION
DEADLINES
                                                         Case No. 3:10-cv-5740-JSW

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

vs.

AT&T CORP., et al.

    Defendants.

Case No.: 3:10-cv-5740-JSW

[~~PROPOSED~~] ORDER

Judge Jeffrey S. White

Pursuant to the foregoing Joint Stipulation and for good cause shown, IT IS SO ORDERED that the one week extension of the claim construction deadlines as outlined below are GRANTED.

| Event | Current Date | Proposed Date |
|---|---|---|
| Parties' Conference regarding the terms to be construed by the Court | March 18, 2011 | March 25, 2011 |
| Filing of Joint Claim Construction Statement and Prehearing Statement pursuant to Pat. L.R. 4-3 | March 25, 2011 | April 1, 2011 |
| Exchange of expert reports on Claim Construction (if any) | March 25, 2011 | April 1, 2011 |

Dated: March 18, 2011

*/s/ Jeffrey S. White*
Jeffrey S. White
U.S. District Judge

1.