1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  SONAL N. MEHTA (Bar No. 269995)
   sonal.mehta@weil.com
4  ANDREW L. PERITO (Bar No. 269995)
   andrew.perito@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   201 Redwood Shores Parkway
6  Redwood Shores, CA 94065
   Telephone : (650) 802-3000
7  Facsimile : (650) 802 3100

8  AZRA M. HADZIMEHMEDOVIC (Bar No.
   239088)
9  azra.hadzimehmedovic@weil.com
   WEIL, GOTSHAL & MANGES LLP
10 1300 Eye Street, NW, Suite 900
   Washington, DC 20005
11 Telephone : (202) 682-7000
   Facsimile : (202) 857-0940
12
   Attorneys for Defendant and Counterclaimant Frito-
13 Lay North America, Inc.

16  UNITED STATES DISTRICT COURT

17  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  TELECONFERENCE SYSTEMS, LLC, | No. C 10-05740 JSW |
| 20        Plaintiff, | **JOINT STIPULATION AND <s>PROPOSED</s> ORDER REGARDING EARLY SETTLEMENT CONFERENCE**; ORDER OF REFERRAL TO MAGISTRATE JUDGE |
| 21        v. | |
| 22  AT&T CORP. ET AL., | Hon. Jeffrey S. White |
| 23        Defendants. | |

JOINT STIPULATION AND [PROPOSED]
ORDER REGARDING EARLY SETTLEMENT
CONFERENCE                                           1                           CASE NO. C 10-05740 JSW

WHEREFORE, pursuant to Civil L.R. 16-8(c) and ADR L.R. 3-5(c), counsel met and conferred regarding ADR and filed a Notice of Need for ADR Phone Conference;

WHEREFORE, the parties believe that an early settlement conference before Hon. Magistrate Judge Joseph C. Spero is likely to be the most productive vehicle for ADR and the complexity and character of this litigation make it especially well suited for such an ADR option;

WHEREFORE, Magistrate Judge Spero is conducting early settlement proceedings in the matters *Cisco Systems Inc. v. Teleconference Systems, LLC et al.*, Case No. 3:09-cv-01550-JSW (the "Cisco Action") and *Teleconference Systems, LLC v. Tandberg, Inc. et al.*, Case No. C 3:10-cv-01325 JSW (the "Tandberg Action") also currently pending before this Court, and relating to Teleconference Systems, LLC's ("TS") allegations of infringement of the same patent at issue in this matter—United States Patent No. 6,980,526 (the "'526 patent") — against Cisco Systems Inc. and its customers;

WHEREFORE, on January 18, 2011, this Court Ordered that the Cisco Action and the present case be related and assigned to this Court, and at issue in both cases are allegations by the same party that each of the other parties has infringed the same '526 patent based on the activities with respect to the same accused Cisco TelePresence products;

WHEREFORE, Plaintiff TS and Defendant Frito-Lay North America, Inc. in this case are represented by the same counsel as are appearing in the Cisco Action and Tandberg Action;

WHEREFORE, the parties seek the Court's approval and referral for such a conference with Magistrate Judge Spero to take place concurrently with the early settlement proceedings in the Cisco Action and Tandberg Action.

NOW THEREFORE IT IS HEREBY STIPULATED BETWEEN THE PARTIES that, subject to the Court's approval, the parties will agree to participate in an early settlement conference before Magistrate Judge Spero, to take place concurrently with the early settlement proceedings in the Cisco Action and Tandberg Action.

| | |
|---|---|
| Dated: March 25, 2011 | WEIL, GOTSHAL & MANGES LLP |
| | By: /s/ Edward R. Reines |
| | MATTHEW D. POWERS (Bar No. 104795) |
| | matthew.powers@weil.com |
| | EDWARD R. REINES (Bar No. 135960) |
| | edward.reines@weil.com |
| | SONAL N. MEHTA (Bar No. 222086) |
| | sonal.mehta@weil.com |
| | ANDREW L. PERITO (Bar No. 269995) |
| | andrew.perito@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 201 Redwood Shores Parkway |
| | Redwood Shores, CA 94065 |
| | Telephone: (650) 802-3000 |
| | Facsimile: (650) 802-3100 |
| | |
| | AZRA M. HADZIMEHMEDOVIC (Bar No. 239088) |
| | azra.hadzimehmedovic@weil.com |
| | WEIL, GOTSHAL & MANGES LLP |
| | 1300 Eye Street, NW, Suite 900 |
| | Washington, DC 20005 |
| | Telephone: (202) 682-7000 |
| | Facsimile: (202) 857-0940 |
| | |
| | Attorneys for Defendant and Counterclaimant Frito-Lay North America, Inc. |
| | |
| Dated: March 25, 2011 | BAKER BOTTS LLP |
| | By: /s/ Kurt M. Pankratz |
| | BRYANT C. BOREN, JR. (Bar No. 260602) |
| | byrant.c.boren@bakerbotts.com |
| | CHRISTOPHER KENNERLY (Bar No. 255932) |
| | chris.kennerly@bakerbotts.com |
| | KEVIN E. CADWELL (Bar No. 255794) |
| | kevin.cadwell@bakerbotts.com |
| | BAKER BOTTS L.L.P. |
| | 620 Hansen Way |
| | Palo Alto, CA 94304 |
| | Telephone: 650.739.7500 |
| | Facsimile: 650.739.7699 |
| | |
| | KURT M. PANKRATZ (TX Bar No. 24013291) |
| | kurt.pankratz@bakerbotts.com |
| | BAKER BOTTS L.L.P. |
| | 2001 Ross Avenue, Suite 600 |
| | Dallas, TX 75201-2980 |
| | Telephone: 214.953.6584 |

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EARLY SETTLEMENT CONFERENCE

3

CASE NO. C 10-05740 JSW

1  Facsimile: 214.661.4584

2  Attorneys for Defendant and Counterclaimant AT&T Corp.

3

4  Dated: March 25, 2011         THE SIMON LAW FIRM, P.C.

5                                By:   /s/ Timothy E. Grochocinski
   Anthony G. Simon
6  Timothy E. Grochocinski
   800 Market Street, Suite 1700
7  St. Louis, Missouri 63101
   P. 314.241.2929
8  F. 314.241.2029
   asimon@simonlawpc.com
9  teg@simonlawpc.com

10

11 Attorneys for Plaintiff Teleconference Systems, LLC

JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EARLY SETTLEMENT CONFERENCE

4

CASE NO. C 10-05740 JSW

## FILER'S ATTESTATION

I, Edward R. Reines, am the ECF User whose ID and password is being used to file this joint stipulation. In compliance with General Order 45, paragraph X.B., I hereby attest that Kurt M. Pankratz with Baker Botts L.L.P. and Timothy E. Grochocinski with The Simon Law Firm, P.C. have concurred in this filing.

Dated: March 25, 2011

WEIL, GOTSHAL & MANGES LLP

By: /s/ Edward R. Reines
EDWARD R. REINES
edward.reines@weil.com

Attorneys for Defendant and Counterclaimant Frito-Lay North America, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TELECONFERENCE SYSTEMS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>AT&T CORP. ET AL.,<br><br>    Defendants. | No. C 10-05740 JSW<br><br>[PROPOSED] ORDER REGARDING EARLY SETTLEMENT CONFERENCE : REFERRAL TO MAGISTRATE JUDGE<br>Hon. Jeffrey S. White |

Pursuant to the Stipulation above, the captioned matter is hereby referred to an early settlement conference before Magistrate Judge Joseph C. Spero, to take place concurrently with the early settlement proceedings in *Cisco Systems Inc. v. Teleconference Systems, LLC et al.*, Case No. 3:09-cv-01550-JSW and *Teleconference Systems, LLC v. Tandberg, Inc. et al.*, Case No. C 3:10-cv-01325 JSW.

**IT IS SO ORDERED.**

DATED: March 28, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE