IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TELECONFERENCE SYSTEMS, LLC,

    Plaintiff,

v.

AT&T CORPORATION ET AL,

    Defendant.

No. C 10-05740 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE**

Pursuant to the parties' joint stipulation to cancel the case management conference and the parties' agreement to coordinate the schedules with parties in the related actions, *Cisco Systems, Inc. v. Teleconference Systems, LLC*, C09-1550 JSW and *Teleconference Systems, LLC v. Tandberg*, C10-1325 JSW, the case management conference set for April 8, 2011 is hereby VACATED. The Court adopts the claim construction briefing schedule proposed by the parties in the Joint CMC Statement to coincide with the claim construction briefing and hearing schedule set in the 09-1550 and 10-1325 actions.

The parties are ordered to meet and confer with parties in the coordinated 09-1550 and 10-1325 actions to consolidate the claim construction briefing, such that one consolidated opening claim construction brief will be filed on April 29, 2011, a consolidated opposition brief will be filed on May 20, 2011, and a consolidated reply will be filed on June 3, 2011. If necessary to provide a copy of this order to counsel in the coordinated actions, this order shall be deemed binding on the parties to the 09-1550 and 10-1325 actions. By April 18, 2011, the parties shall file either a stipulated proposal for consolidated briefing, including any requests for

leave to file briefs exceeding the Court's 25-page limit, or a joint letter summarizing the parties' positions on consolidated briefing.

**IT IS SO ORDERED.**

Dated: April 6, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE